PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARISSA CARPENTER,<br><br>Defendant and Debtor. | Case No. 2:22-MC-00034-TLN-JDP ✓<br><br>**WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:14-CR-00309-TLN-EFB |
| COMERICA,<br>(and its Successors and Assignees)<br><br>Garnishee. | |

To Garnishee:   COMERICA
Corporate Creations Network Inc.
4640 Admiralty Way, 5th Floor
Marina del Rey, CA  90292

The United States has filed an Application for a Writ of Garnishment against property up to and including the amount of $4,004,858.19, in your possession, custody, or control in which Debtor, Carissa Carpenter, social security number \*\*\*-\*\*-2247, has an interest.

On or about November 16, 2018, the United States District Court sentenced Debtor in criminal case number 2:14-CR-00309-TLN-EFB and ordered Debtor to pay a statutory assessment of $300.00

WRIT OF CONTINUING GARNISHMENT           1

and restitution of $3,642,755.17 ("Judgment Amount"). As of January 5, 2022, Debtor owes $3,640,780.17. Despite the United States' demand for payment, made more than 30 days before the date of this Application, Debtor has failed to satisfy the debt. No interest accrues on this debt. The United States also seeks to recover the statutorily authorized ten percent (10%) litigation surcharge of the unpaid Judgment Amount ($364,078.02) pursuant to 28 U.S.C. § 3011(a). The total amount sought by this garnishment action is $4,004,858.19.

Pursuant to this Writ of Garnishment, you are required to withhold property and account(s) up to and including the amount of $4,004,858.19 in which Debtor has an interest, including but not limited to any and all IRAs, annuities, stocks, brokerage, individual, join, and/or commercial/business savings and checking accounts in which Debtor has signatory rights (including any remaining overdraft protection balances and lines of credit), certificates of deposit, safety deposit accounts, lock boxes, money market accounts, pledged securities, or notes as defined by 28 U.S.C. §3002(12) beginning on the date you receive this Writ and retain the property withheld until the Court issues an order directing the property's disposition. 28 U.S.C. §§ 3002(12) and 3205(c)(2)(F).

You are further required by law to complete under oath the accompanying Acknowledgment of Service and Answer of Garnishee ("Answer"). You must file the **original** Answer within **ten** (10) days of receipt of this Writ of Garnishment with the Clerk's Office for the United States District Court, Eastern District of California.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE COURT MAY HOLD YOU LIABLE FOR THE AMOUNT OF DEBTOR'S NON-EXEMPT PROPERTY THAT YOU FAILED TO WITHHOLD IN ADDITION TO REASONABLE ATTORNEY'S FEES TO THE UNITED STATES.** *IT IS UNLAWFUL TO PAY, DISBURSE, OR DELIVER TO DEBTOR ANY PROPERTY DESCRIBED IN THIS WRIT UNTIL FURTHER ORDER OF THIS COURT.*

If you have any questions, especially regarding service of the documents, you may contact Michelle Lecroy, at the United States Attorney's Office, at 916-554-2933.

Dated: 1/25/2022

KEITH HOLLAND
Clerk, U.S. District Court

By: /s/ Mena-Sanchez
Deputy Clerk

WRIT OF CONTINUING GARNISHMENT         2