IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>              v.<br><br>CARISSA CARPENTER,<br><br>                         Defendant.<br><br>COMERICA,<br>(and its Successors and Assignees)<br><br>                         Garnishee. | CASE NO. 2:22-MC-00034-TLN-JDP<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT** |

      The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED that:

      1.     Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Garnishment previously issued on January 25, 2022, is hereby TERMINATED; and

      2.     The Clerk of the United States District Court shall CLOSE this miscellaneous case.

      IT IS SO ORDERED.

Dated: September 26, 2022

                                                                     Troy L. Nunley<br>
                                                                     United States District Judge